**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Sonja Skinner,**

    **Plaintiff,**

**-vs-**                                           **Case No. 3:09-CV-432**

**Guarantee Trust Life Insurance Company,**

    **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

That Defendant's [18] Motion for Summary Judgment is GRANTED.

Date:  April 28, 2011                                           JAMES BONINI, CLERK

                                                                         By: s/Lori Kelsey

                                                                         Lori Kelsey,  Deputy Clerk